**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| MONICA DRIVER,<br><br>Plaintiff,<br><br>vs.<br><br>TROTWOOD-MADISON CITY SCHOOLS, *et al.*,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 3:26-cv-00239<br><br>District Judge Michael J. Newman<br>Magistrate Judge Caroline H. Gentry |

## ORDER SCREENING THE COMPLAINT

This case is before the undersigned Magistrate Judge to screen Plaintiff Driver's Complaint. (Doc. No. 5.) The Court must screen the Complaint because Plaintiff is proceeding *in forma pauperis* under 28 U.S.C. § 1915. (*See* Doc. No. 4.) The Court considers whether the Complaint is frivolous or malicious, fails to state a claim on which relief can be granted, or seeks monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B). However, the Court liberally construes the *pro se* Complaint. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).

Plaintiff sues a former employer, Trotwood-Madison City Schools; its Executive Director of Human Capital and Operations, Mark Manley; and the Principal of the Trotwood-Madison High School, Michael McCray. (Doc. No. 5 at PageID 104.) Plaintiff alleges, among other things, that she requested reasonable accommodations from her employer because of her disabilities, but that Defendants did not interact with her about

the request(s). (*Id*. at PageID 106.) Liberally construed, the Complaint and its attachments raise claims under the Americans with Disabilities Act (ADA) concerning Plaintiff's employment and its termination. (Doc. No. 5; *see also* Civil Cover Sheet, Doc. No. 1-5 [describing Plaintiff's claims as "Disability Discrimination (ADA)," "Failure to accommodate," "Breached Contract," and "terminated for taking short term disability"].) Plaintiff seeks back pay, benefits, lost wages, other compensatory damages, and correction or expungement of her termination. (Doc. No. 5 at PageID 107.)

At this early stage of the case, without the benefit of answers or other briefing, the undersigned Magistrate Judge concludes that the ADA claim(s) and breach of contract claim outlined in the Complaint may **PROCEED** to further development. The Court will address service of process on Defendants in a separate order.

Plaintiff is reminded that she must notify the Court if her mailing address changes while this case is pending. She may wish to review the resources for *pro se* parties on the Court's website. *See* https://www.ohsd.uscourts.gov/pro-se.

The Clerk of Court is **DIRECTED** to send Plaintiff a full copy of the Complaint for her records. (Doc. No. 5.)

**IT IS SO ORDERED.**

*s/ Caroline H. Gentry*
CAROLINE H. GENTRY
United States Magistrate Judge